IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>GUILLERMO ARTEAGA,<br><br>　　　　　　　Defendant. | 8:19CR40<br><br>ORDER |

　　　　This matter is before the Court on the government's Motion to Dismiss (Filing No. 83). The government requests the Court dismiss the Third Amended Petition for Offender Under Supervision (Filing No. 68) without prejudice as to defendant Guillermo Arteaga ("Arteaga"). The Court finds the Motion should be granted. Accordingly,

　　　　IT IS ORDERED:

1. The government's Motion to Dismiss (Filing No. 83) is granted.
2. The Third Amended Petition for Offender Under Supervision (Filing No. 68) is hereby dismissed without prejudice.
2. Arteaga's previously imposed conditions of supervision remain in effect until he completes the term of his supervised release.

Dated this 30th day of June 2022.

　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　*Robert F. Rossiter, Jr.* (signature)
　　　　　　　　　　　　　　　　　　　　Robert F. Rossiter, Jr.
　　　　　　　　　　　　　　　　　　　　Chief United States District Judge